**Abatement Order filed October 23, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00434-CR
_____

### EX PARTE WOODROW MILLER, Appellant

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 876249-E**

---

## ABATEMENT ORDER

In its brief, the State contends this court lacks jurisdiction over this appeal because the notice of appeal was filed late. In his notice of appeal, appellant seeks to appeal the order denying his application for writ of habeas corpus signed March 16, 2012. That order bears the cause number 876249-D. The order, however, specifically "adopts the State's Proposed Findings of Fact, Conclusions of Law and Order in cause number 0876249-E."

This appeal is abated to permit the trial court to correct the order nunc pro tunc. In the trial court finds a nunc pro tunc order is warranted, the court shall order the trial clerk to forward a supplemental record to this court containing the motion and ruling on the

motion including an order nunc pro tunc if such order is entered. The record shall be filed with the clerk of this court on or before **November 13, 2012.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM